*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Rodriguez
    Debtor(s)

Case No: 22–11460–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Status Hearing Set re: Filing of Proposed Consent Order with Chapter 13 Trustee and [7] Motion to Extend Automatic Stay Filed by Christopher Rodriguez Represented by PAUL H. YOUNG (Counsel).

on: 8/23/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  7/27/22

Timothy B. McGrath
Clerk of Court

19 – 7
Form 167