United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-11460-amc
Christopher Rodriguez | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1
Date Rcvd: Jul 27, 2022      Form ID: 167      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Christopher Rodriguez, 8113 Crispin Street, Philadelphia, PA 19136-2613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

**Name**      **Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

PAUL H. YOUNG
     on behalf of Debtor Christopher Rodriguez support@ymalaw.com
     ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Rodriguez
    Debtor(s)

Case No: 22−11460−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Status Hearing Set re: Filing of Proposed Consent Order with Chapter 13 Trustee and [7] Motion to Extend Automatic Stay Filed by Christopher Rodriguez Represented by PAUL H. YOUNG (Counsel).

on: 8/23/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 7/27/22

Timothy B. McGrath
Clerk of Court

19 − 7
Form 167