# Philly Shipyard

Philly Shipyard, Inc.
2100 Kitty Hawk Ave
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/02/2022 |
| Period End Date | 05/15/2022 |
| Pay Date | 05/19/2022 |
| Document | 10641 |
| **Net Pay** | **$2,487.58** |

## Pay Details

Christopher Rodriguez
8113 Crispin St
Philadelphia, PA 19136
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 03171 | Pay Group | Union Pay Group | |
| SSN | XXX-XX-XXXX | Location | Philadelphia | |
| Job | Transpo Worker2 | Report Comp | PSI - Philly Shipyard | |
| Pay Rate | $0.00 | Department | SERV - 690 Service Dept | |
| Pay Frequency | Biweekly | Team | 697 - Team 697 | |
| | | Labor Categ | PRODUC - Production Direct Labor | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Covid Sick -New | 0.0000 | $0.00 | $1,081.00 |
| Group Term Life | | $0.26 | $2.52 |
| Holiday | 0.0000 | $0.00 | $434.58 |
| Overtime | 16.0000 | $655.08 | |
| Overtime | 14.0000 | $573.20 | $11,752.26 |
| Plant Closing | 0.0000 | $0.00 | $864.80 |
| Regular Pay | 40.0000 | $1,091.80 | |
| Regular Pay | 40.0000 | $1,091.80 | $18,812.49 |
| Vacation | 0.0000 | $0.00 | $327.00 |
| Total Hours  110.0000 | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $0.26 | $2.52 | $0.00 | $0.00 |
| Local 1310 | No | $26.95 | $269.50 | $0.00 | $0.00 |
| Union 401K | Yes | $102.36 | $734.10 | $0.00 | $0.00 |
| GTL | No | $0.00 | $0.00 | $6.32 | $62.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $296.15 | $2,838.88 |
| Employee Medicare | $49.47 | $482.46 |
| Social Security Employee Tax | $211.56 | $2,063.03 |
| PA State Income Tax | $104.74 | $1,021.45 |
| PHILA R | $131.02 | $1,277.66 |
| PA Unemployment Employee | $2.05 | $19.98 |

## Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1055 | Checking | $2,487.58 |
| Total | | $2,487.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,412.14 | $3,309.78 | $794.99 | $129.57 | **$2,487.58** |
| YTD | $33,274.63 | $32,540.53 | $7,703.48 | $1,006.12 | $24,565.03 |

# Philly Shipyard

Philly Shipyard, Inc.
2100 Kitty Hawk Ave
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/18/2022 |
| Period End Date | 05/01/2022 |
| Pay Date | 05/05/2022 |
| Document | 10273 |
| **Net Pay** | **$2,862.46** |

## Pay Details

**Christopher Rodriguez**
8113 Crispin St
Philadelphia, PA 19136
USA

| | |
|---|---|
| Employee Number | 03171 |
| SSN | XXX-XX-XXXX |
| Job | Transpo Worker2 |
| Pay Rate | $0.00 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Union Pay Group |
| Location | Philadelphia |
| Report Comp | PSI - Philly Shipyard |
| Department | SERV - 690 Service Dept |
| Team | 697 - Team 697 |
| Labor Categ | PRODUC - Production Direct Labor |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Covid Sick -New | 0.0000 | $0.00 | $1,081.00 |
| Group Term Life | | $0.26 | $2.26 |
| Holiday | 0.0000 | $0.00 | $434.56 |
| Overtime | 22.0000 | $900.74 | |
| Overtime | 23.0000 | $941.68 | $10,523.98 |
| Plant Closing | 0.0000 | $0.00 | $864.80 |
| Regular Pay | 40.0000 | $1,091.80 | |
| Regular Pay | 40.0000 | $1,091.80 | $16,628.89 |
| Vacation | 0.0000 | $0.00 | $327.00 |
| Total Hours  125.0000 | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $0.26 | $2.26 | $0.00 | $0.00 |
| Local 1310 | No | $26.95 | $242.55 | $0.00 | $0.00 |
| Union 401K | Yes | $120.78 | $631.74 | $0.00 | $0.00 |
| GTL | No | $0.00 | $0.00 | $6.32 | $56.64 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $427.21 | $2,542.73 |
| Employee Medicare | $58.38 | $433.01 |
| Social Security Employee Tax | $249.62 | $1,851.47 |
| PA State Income Tax | $123.60 | $916.71 |
| PHILA R | $154.60 | $1,146.64 |
| PA Unemployment Employee | $2.42 | $17.93 |

## Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1055 | Checking | $2,862.46 |
| Total | | $2,862.46 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,026.28 | $3,905.50 | $1,015.83 | $147.99 | **$2,862.46** |
| YTD | $29,862.49 | $29,230.75 | $6,908.49 | $876.55 | $22,077.45 |

# Philly Shipyard

Philly Shipyard, Inc.
2100 Kitty Hawk Ave
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/04/2022 |
| Period End Date | 04/17/2022 |
| Pay Date | 04/21/2022 |
| Document | 9905 |
| **Net Pay** | **$2,237.66** |

## Pay Details

**Christopher Rodriguez**
8113 Crispin St
Philadelphia, PA 19136
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 03171 | Pay Group | Union Pay Group |
| SSN | XXX-XX-XXXX | Location | Philadelphia |
| Job | Transpo Worker2 | Report Comp | PSI - Philly Shipyard |
| Pay Rate | $0.00 | Department | SERV - 690 Service Dept |
| Pay Frequency | Biweekly | Team | 697 - Team 697 |
| | | Labor Categ | PRODUC - Production Direct Labor |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Covid Sick -New | 0.0000 | $0.00 | $1,081.00 |
| Group Term Life | | $0.26 | $2.00 |
| Holiday | 8.0000 | $218.36 | $434.56 |
| Overtime | 4.0000 | $163.77 | |
| Overtime | 16.0000 | $655.08 | $8,681.56 |
| Plant Closing | 0.0000 | $0.00 | $864.80 |
| Regular Pay | 40.0000 | $1,091.80 | |
| Regular Pay | 32.0000 | $873.44 | $14,445.29 |
| Vacation | 0.0000 | $0.00 | $327.00 |
| Total Hours | 100.0000 | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $0.26 | $2.00 | $0.00 | $0.00 |
| Local 1310 | No | $26.95 | $215.60 | $0.00 | $0.00 |
| Union 401K | Yes | $90.07 | $510.96 | $0.00 | $0.00 |
| GTL | No | $0.00 | $0.00 | $6.32 | $50.32 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $208.78 | $2,115.52 |
| Employee Medicare | $43.54 | $374.63 |
| Social Security Employee Tax | $186.17 | $1,601.85 |
| PA State Income Tax | $92.18 | $793.11 |
| PHILA R | $115.30 | $992.04 |
| PA Unemployment Employee | $1.80 | $15.51 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1055 | Checking | $2,237.66 |
| Total | | $2,237.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,002.71 | $2,912.64 | $647.77 | $117.28 | **$2,237.66** |
| YTD | $25,836.21 | $25,325.25 | $5,892.66 | $728.56 | $19,214.99 |