

**Philly Shipyard, Inc.**
2100 Kitty Hawk Ave
Philadelphia, PA 19112

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/30/2022 |
| Period End Date | 06/12/2022 |
| Pay Date | 06/16/2022 |
| Document | 11396 |
| Net Pay | **$2,698.94** |

## Pay Details

**Christopher Rodriguez**
8113 Crispin St
Philadelphia, PA 19136
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 03171 | Pay Group | Union Pay Group | |
| SSN | XXX-XX-XXXX | Location | Philadelphia | |
| Job | Transpo Worker2 | Report Comp | PSI - Philly Shipyard | |
| Pay Rate | $0.00 | Department | SERV - 690 Service Dept | |
| Pay Frequency | Biweekly | Team | 697 - Team 697 | |
| | | Labor Categ | PRODUC - Production Direct Labor | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Covid Sick -New | 0.0000 | $0.00 | $1,081.00 |
| Group Term Life | | $0.33 | $3.11 |
| Holiday | 8.0000 | $228.20 | $662.76 |
| Overtime | 12.5000 | $534.84 | |
| Overtime | 22.0000 | $941.32 | $14,784.24 |
| Plant Closing | 0.0000 | $0.00 | $864.80 |
| Regular Pay | 32.0000 | $912.80 | |
| Regular Pay | 40.0000 | $1,141.00 | $23,049.89 |
| Vacation | 0.0000 | $0.00 | $327.00 |

Total Hours  114.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Group Term Life | No | $0.33 | $3.11 | $0.00 | $0.00 |
| Local 1310 | No | $26.95 | $323.40 | $0.00 | $0.00 |
| Union 401K | Yes | $112.74 | $959.02 | $0.00 | $0.00 |
| GTL | No | $0.00 | $0.00 | $6.54 | $75.82 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $370.06 | $3,574.99 |
| Employee Medicare | $54.50 | $591.21 |
| Social Security Employee Tax | $233.02 | $2,527.91 |
| PA State Income Tax | $115.38 | $1,251.63 |
| PHILA R | $144.32 | $1,565.58 |
| PA Unemployment Employee | $2.25 | $24.47 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1055 | Checking | $2,698.94 |
| Total | | $2,698.94 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,758.49 | $3,645.75 | $919.53 | $140.02 | **$2,698.94** |
| YTD | $40,772.80 | $39,813.78 | $9,535.79 | $1,285.53 | $29,951.48 |