**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CHRISTOPHER RODRIGUEZ | : : : : | |
| Debtor(s) | : | Bankruptcy No. 22-11460 AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW,** this 30th day of May 2023, upon consideration of the Chapter 13 standing trustee's Motion to Dismiss, and Order of the Court dated August 12, 2022, and after notice and hearing it is

    **ORDERED,** that counsel for debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed), and

    **ORDERED,** that any wage orders are hereby vacated, and it is further

    **ORDERED,** that in light of debtor's prior bankruptcy filings and the Consent Order previously entered in this matter by and among the standing trustee, the instant case is dismissed. Debtor(s) shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order without court approval.

                                                **HON. ASHELY M. CHAN**
                                                **U.S. BANKRUPTCY JUDGE**

cc:

    **Debtor(s) Counsel**
    PAUL H. YOUNG
    Young, Marr, Mallis & Deane, LLC
    3554 Hulmeville Rd.
    Ste 102
    Bensalem, PA 19020

    **Debtor**
    Christopher Rodriguez
    8113 Crispin Street
    Philadelphia, PA 19136

    **Trustee**
    KENNETH E. WEST
    Office of the Chapter 13 Standing Trustee
    1234 Market Street - Suite 1813
    Philadelphia, PA 19107