United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11460-amc |
| Christopher Rodriguez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Rodriguez, 8113 Crispin Street, Philadelphia, PA 19136-2613 |
| 14696211 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14709145 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14696212 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 31 2023 04:34:00 | Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14714475 | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14696213 | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14696215 | + | Email/Text: ebnnotifications@creditacceptance.com | May 31 2023 04:34:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14696214 | + | Email/Text: ebnnotifications@creditacceptance.com | May 31 2023 04:34:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14696217 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2023 04:34:00 | Credit Collections Services, Po Box 607, Norwood, MA 02062-0607 |
| 14696216 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2023 04:34:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14697165 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696218 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2023 04:34:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14708945 | ^ | MEBN | May 31 2023 04:31:24 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 22-11460-amc Doc 57 Filed 06/01/23 Entered 06/02/23 00:36:45 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14713492 | + | Email/Text: blegal@phfa.org | May 31 2023 04:34:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14696219 | + | Email/Text: blegal@phfa.org | May 31 2023 04:34:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14696220 | + | Email/Text: blegal@phfa.org | May 31 2023 04:34:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14697912 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:34:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14696222 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2023 04:34:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14696221 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2023 04:34:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

**Name** **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
   on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
   on behalf of Debtor Christopher Rodriguez support@ymalaw.com
   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 21 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
:
:
CHRISTOPHER RODRIGUEZ :
:
:
Debtor(s) : Bankruptcy No. 22-11460 AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW,** this 30th day of May 2023, upon consideration of the Chapter 13 standing trustee's Motion to Dismiss, and Order of the Court dated August 12, 2022, and after notice and hearing it is

**ORDERED,** that counsel for debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed), and

**ORDERED,** that any wage orders are hereby vacated, and it is further

**ORDERED,** that in light of debtor's prior bankruptcy filings and the Consent Order previously entered in this matter by and among the standing trustee, the instant case is dismissed. Debtor(s) shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order without court approval.

_____
**HON. ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

cc:

**Debtor(s) Counsel**
PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

**Debtor**
Christopher Rodriguez
8113 Crispin Street
Philadelphia, PA 19136

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107